5

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 1 0 1998

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA §
§
§
versus § CIVIL ACTION B 97-198
§
ELOY CUELLAR §
§

United States District Court
Southern District of Texas
ENTERED

SEP 1 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The plaintiff is ORDERED to notify the Court within 20 days whether the stay in the bankruptcy case has been lifted.

Signed on September 10, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge