7

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | CIVIL ACTION B-97-198 |
| ELOY CUELLAR | § | |

United States District Court
Southern District of Texas
ENTERED

NOV 12 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

On the plaintiff's motion for voluntary dismissal, this case is DISMISSED.

Signed on _November 10_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge